[No. 27748-1-I.   Division One.   December 14, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES
D. LAWRENCE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-03769-6, R. Joseph Wesley, J., entered December 31, 1989. *Affirmed* by unpublished per curiam opinion.

[No. 29199-8-I.   Division One.   December 14, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS
GAMBLE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-02630-7, Dale B. Ramerman, J., entered September 12, 1991. *Dismissed* by unpublished per curiam opinion.

[No. 29600-1-I.   Division One.   December 14, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL
B. ALLAIRE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-1-00823-4, Daniel T. Kershner, J., entered November 20, 1991. *Dismissed* by unpublished per curiam opinion.

[No. 29005-3-I.   Division One.   December 14, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANE
S. MURRAY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 90-1-00378-1, Paul D. Hansen, J., entered August 14, 1991. *Dismissed* by unpublished per curiam opinion.